AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

WILLIAM D. GLUCK

**SUMMONS IN A CIVIL ACTION**

V.

STEPHEN W. FILLO, WARBURG PINCUS LLC,
WARBURG PINCUS CAPITAL CORP., and
WARBURG PINCUS & CO.

CASE NUMBER: 05 - 10659 EFH

TO: (Name and address of Defendant)

WARBURG PINCUS & CO.
466 LEXINGTON AVENUE
NEW YORK, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALEXANDER T. BOK, ESQ
35 MELROSE STREET
BOSTON, MA 02116

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY

DATE  4-4-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/27/05 @ 1:45 PM |
| NAME OF SERVER (PRINT) KENNETH LETTAU | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE SERVICE-UPON JOY SEWELL-INDIVIDUAL AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF WARBURG PINCUS & CO.
DESCRIPTION: FEMALE, BLACK SKIN, BLACK HAIR, APPROX 38 YRS, 5'7", 115 LBS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/27/05
             Date

Signature of Server

LIC NO 986501
PO BOX 203
CARLE PLACE, NY 11514

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.