AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

WILLIAM D. GLUCK

V.

STEPHEN W. FILLO, WARBURG PINCUS LLC,
WARBURG PINCUS CAPITAL CORP, and
WARBURG PINCUS & CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10659 EFH**

TO: (Name and address of Defendant)

STEPHEN W. FILLO
26 RUNNING CEDAR ROAD
PRINCETON, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALEXANDER T. BOK, ESQ
35 MELROSE STREET
BOSTON, MA 02116

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY

DATE    4-4-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7-28 2005 — 3:30 PM |
| NAME OF SERVER (PRINT) Russell D. Johnson | TITLE Process Server |

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served:
    160 Windermere Dr. Edwards, CO 81632

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-29-2005
            Date

Signature of Server: Russell D. Johnson

Address of Server: PO Box 3536, Eagle, CO 81631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.