UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>           Plaintiff,<br><br>           v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>           Defendants. | CIVIL ACTION NO. 05-10659-EFH |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co. move to dismiss plaintiff William D. Gluck's Complaint. As detailed in the defendants' Memorandum in Support of Motion to Dismiss, the Federal Court lacks subject matter jurisdiction over Plaintiff's claims, Plaintiff's Complaint fails to state a claim upon which relief can be granted and all of Plaintiff's claims are time-barred.

## REQUEST FOR ORAL ARGUMENT

The defendants request oral argument.

00084680.DOC /

- 2 -

        STEPHEN W. FILLO,
        WARBURG PINCUS LLC,
        WARBURG PINCUS CAPITAL CORP,
        and WARBURG PINCUS & CO.,
        By their attorneys,

/s/ Matthew C. Moschella
Robert J. Muldoon, Jr. BBO #359480
Matthew C. Moschella BBO #653885
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

## LOCAL RULE 7.1 CERTIFICATION

Defendants' counsel certify that they have conferred with plaintiff's counsel and have attempted in good faith to resolve or narrow the issues presented in this Motion to Dismiss.

Date: 9/30/05                                                /s/ Matthew C. Moschella

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 9/30/05                                                /s/ Matthew C. Moschella

00084680.DOC /