UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>        Defendants. | CIVIL ACTION NO. 05-10659-EFH |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Stephen W. Fillo, Warburg Pincus, LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co.

                STEPHEN W. FILLO,
                WARBURG PINCUS LLC,
                WARBURG PINCUS CAPITAL CORP,
                and WARBURG PINCUS & CO.
                By their attorneys,

                /s/ Matthew C. Moschella
                Matthew C. Moschella BBO #653885
                Sherin and Lodgen LLP
                101 Federal Street
                Boston, Massachusetts 02110
                (617) 646-2000

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 9/30/05                 /s/ Matthew C. Moschella

00085078.DOC /