UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendants Stephen W. Fillo, Warburg Pincus, LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co.

                        STEPHEN W. FILLO,
                        WARBURG PINCUS LLC,
                        WARBURG PINCUS CAPITAL CORP,
                        and WARBURG PINCUS & CO.
                        By their attorneys,

                        /s/ Robert J. Muldoon, Jr.
                        Robert J. Muldoon, Jr. BBO #359480
                        Sherin and Lodgen LLP
                        101 Federal Street
                        Boston, Massachusetts 02110
                        (617) 646-2000

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 9/30/05                                                     /s/ Robert J. Muldoon, Jr.