UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------- x
                                                              :
WILLIAM D. GLUCK,                                             :
                                                              :
                    Plaintiff,                                :
                                                              :   Civil Action No. 05-10659 EFH
        v.                                                    :
                                                              :   **AFFIDAVIT OF**
STEPHEN W. FILLO, WARBURG PINCUS                              :   **SCOTT ARENARE**
LLC, WARBURG PINCUS CAPITAL CORP,                             :
and WARBURG PINCUS & CO.,                                     :
                                                              :
                    Defendants.                               :
                                                              :
------------------------------------------------------------- x

STATE OF NEW YORK:    )
                      ) ss.:
COUNTY OF NEW YORK:   )

    SCOTT ARENARE, being duly sworn, deposes and says:

    1.   I am a Managing Director and the General Counsel of Warburg Pincus LLC.

    2.   Warburg Pincus & Co. is a general partnership organized under the laws of the State of New York. Dalip Pathak is a partner of Warburg Pincus & Co.

    3.   Warburg Capital Corp. was a venture capital fund that was affiliated with and managed by the predecessor to Warburg Pincus LLC. Warburg Capital Corp. was reorganized as a Delaware limited partnership named Warburg, Pincus Associates, L.P. in April 1986. Warburg Pincus & Co. was the general partner of Warburg, Pincus Associates, L.P. Warburg, Pincus Associates, L.P. made its last distribution to its limited partners in September 1997 and it was liquidated in December 1999.

_____
SCOTT ARENARE

Sworn to before me this
29th day of September 2005

_____
Notary Public

JOY SEWELL
Notary Public, State of New York
No. 01SE6084442
Qualified in Queens County
Commission Expires Dec. 2, 2006

- 2 -