UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------x
                                                       :
WILLIAM D. GLUCK,                                      :
                                                       :
                    Plaintiff,                         :
                                                       :
            v.                                         :   Civil Action No. 05-10659 EFH
                                                       :
STEPHEN W. FILLO, WARBURG PINCUS                       :   DECLARATION OF
LLC, WARBURG PINCUS CAPITAL CORP.,                     :   DALIP PATHAK
and WARBURG PINCUS & CO.,                              :
                                                       :
                    Defendants.                        :
                                                       :
------------------------------------------------------x

DALIP PATHAK hereby declares as follows:

1.      I am a partner of Warburg Pincus & Co. I became a partner of Warburg Pincus & Co. in 1996 and have been employed by Warburg Pincus LLC since 1994.

2.      I was born in London, and am therefore a citizen of the United Kingdom. I moved to the United States when I was very young. I spent my high school and college years in India, and returned to the U.S. to attend The Wharton School of the University of Pennsylvania to obtain a master's degree in business administration, which I received in 1978. I remained in the U.S. after school, living primarily in New York and Washington, D.C. I became a United States citizen in 1996. I am currently both a U.S. and a U.K. citizen.

3.      In 1993, I left New York and moved abroad to Thailand. I have not resided in the U.S. since 1993. While I was in Thailand, I joined Warburg Pincus & Co. I have worked for the firm continuously since that time. I have managed the firm's London office since 2002 and have worked there continuously since that time.

4.  I am a non-domiciled resident of the U.K.[1] where I have lived continuously since 2002 with my family. I own a home in the U.K. and I pay taxes there. I have a U.K. driver's license and belong to several social organizations in that country. I am registered to vote in the U.K. I have no present plans to move back to the U.S.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on this 28 day of September, 2005 at London, England.

_____
DALIP PATHAK

---

[1] I am a domiciliary of India.