UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP., and WARBURG PINCUS & CO.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**DEFENDANT WARBURG PINCUS LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Local Rule 7.3, defendant Warburg Pincus LLC submits its corporate disclosure statement.

　　Warburg Pincus LLC is a New York limited liability company. Warburg Pincus LLC has no parent corporation and no publicly held company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　STEPHEN W. FILLO,
　　　　　　　　　　　　　　　　　　WARBURG PINCUS LLC,
　　　　　　　　　　　　　　　　　　WARBURG PINCUS CAPITAL CORP.,
　　　　　　　　　　　　　　　　　　and WARBURG PINCUS & CO.
　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/ Matthew C. Moschella
　　　　　　　　　　　　　　　　　　Robert J. Muldoon, Jr. BBO #359480
　　　　　　　　　　　　　　　　　　Matthew C. Moschella BBO #653885
　　　　　　　　　　　　　　　　　　Sherin and Lodgen LLP
　　　　　　　　　　　　　　　　　　101 Federal Street
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　(617) 646-2000

00084924.DOC /

Of Counsel:<br>
WILLKIE FARR & GALLAGHER LLP<br>
787 Seventh Avenue<br>
New York, New York  10019<br>
(212) 728-8000

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 9/30/05                                          /s/ Matthew C. Moschella

- 2 -

00084924.DOC /