UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>          Plaintiff,<br><br>          v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>          Defendants. | CIVIL ACTION NO. 05-10659-EFH |

## DEFENDANT WARBURG PINCUS CAPITAL CORP.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, defendant Warburg Pincus Capital Corp. submits its corporate disclosure statement.

Warburg Pincus Capital Corp. was reorganized as a limited partnership named Warburg, Pincus Associates, L.P. in April 1986. Warburg Pincus Associates, L.P. made its last distribution to its limited partners in September 1997, and it was liquidated in December 1999.

                                      STEPHEN W. FILLO,
                                      WARBURG PINCUS LLC,
                                      WARBURG PINCUS CAPITAL CORP,
                                      and WARBURG PINCUS & CO.
                                      By their attorneys,

                                      /s/ Matthew C. Moschella
                                      Robert J. Muldoon, Jr. BBO #359480
                                      Matthew C. Moschella BBO #653885
                                      Sherin and Lodgen LLP
                                      101 Federal Street
                                      Boston, Massachusetts 02110
                                      (617) 646-2000

00084752.DOC /

Of Counsel:
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date:  9/30/05                                        /s/ Matthew C. Moschella

00084752.DOC /