UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM D. GLUCK,<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>        Defendants. | CIVIL ACTION NO. 05-10659-EFH |

### MOTION FOR ADMISSION OF ATTORNEY KATHRYN H. BODKIN *PRO HAC VICE* ON BEHALF OF DEFENDANTS STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP. AND WARBURG PINCUS & CO.

Pursuant to Local Rule 83.5.3(b), Matthew C. Moschella, a member of the Bar of this Court and an attorney for defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co., moves to admit Attorney Kathryn H. Bodkin to the Bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Kathryn H. Bodkin, which states that:

    1.    She is a member in good standing of the Bars of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York;

    2.    She is not currently the subject of any disciplinary proceeding as a member of any Bar; and

    3.    She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    Plaintiff has assented to this Motion.

WHEREFORE, Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co. request that the Court grant this Motion and admit Kathryn H. Bodkin *pro hac vice*.

>STEPHEN W. FILLO,
>WARBURG PINCUS LLC,
>WARBURG PINCUS CAPITAL CORP.,
>and WARBURG PINCUS & CO.
>By their attorneys,
>
>/s/ Matthew C. Moschella
>Robert J. Muldoon, Jr. BBO #359480
>Matthew C. Moschella BBO #653885
>Sherin and Lodgen LLP
>101 Federal Street
>Boston, MA 02110
>(617) 646-2000

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

I, Matthew C. Moschella, certify that counsel for defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co. have conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues that are the subject of this Motion. Plaintiff has assented to this Motion.

Date: 10/11/05                                        /s/ Matthew C. Moschella

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 10/11/05                                        /s/ Matthew C. Moschella