UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>              Plaintiff,<br><br>              v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>              Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**AFFIDAVIT OF KATHRYN H. BODKIN, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO
HAC VICE* ON BEHALF OF DEFENDANTS STEPHEN W. FILLO, WARBURG
PINCUS LLC, WARBURG PINCUS CAPITAL CORP. AND WARBURG PINCUS & CO.**

I, Kathryn H. Bodkin, depose and state as follows:

1.      I am a member of the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, NY 10019-6099, telephone (212) 728-8636.

2.      In 2001, I was admitted to the Bars of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

3.      I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  Upon the allowance of Attorney Matthew C. Moschella's Motion for my admission *pro hac vice*, I will promptly submit my admission fee in the amount of $50.00 to the Clerk's Office for the United States District Court for the District of Massachusetts.

6.  My firm represents defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under penalty of perjury this 7th day of October, 2005.

Kathryn H. Bodkin

ROBERT KOONIN
Notary Public, State of New York
No. 01KO6113974
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires Aug. 9, 2008

00085422.DOC /