UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM D. GLUCK,<br><br>               Plaintiff,<br><br>               v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>               Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**MOTION FOR ADMISSION OF ATTORNEY STEPHEN W. GREINER
*PRO HAC VICE* ON BEHALF OF DEFENDANTS STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP. AND WARBURG PINCUS & CO.**

Pursuant to Local Rule 83.5.3(b), Matthew C. Moschella, a member of the Bar of this Court and an attorney for defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co., moves to admit Attorney Stephen W. Greiner to the Bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Stephen W. Greiner, which states that:

1. He is a member in good standing of the Bars of the State of New York; the United States Supreme Court; the United States Courts of Appeal for the Second, Third, Ninth and Eleventh Circuits; and the United States District Courts for the Eastern, Western and Southern Districts of New York;

2. He is not currently the subject of any disciplinary proceeding as a member of any Bar; and

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00085574.DOC /

Plaintiff has assented to this Motion.

WHEREFORE, Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co. request that the Court grant this Motion and admit Stephen W. Greiner *pro hac vice*.

STEPHEN W. FILLO,
WARBURG PINCUS LLC,
WARBURG PINCUS CAPITAL CORP.,
and WARBURG PINCUS & CO.
By their attorneys,

/s/ Matthew C. Moschella
Robert J. Muldoon, Jr. BBO #359480
Matthew C. Moschella BBO #653885
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

I, Matthew C. Moschella, certify that counsel for defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co. have conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues that are the subject of this Motion. Plaintiff has assented to this Motion.

Date: 10/11/05                              /s/ Matthew C. Moschella

## CERTIFICATE OF SERVICE

I certify that I served a true copy of this document upon all attorneys of record by hand/mail.

Date: 10/11/05                              /s/ Matthew C. Moschella

00085574.DOC /