UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM D. GLUCK,<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>        Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**AFFIDAVIT OF STEPHEN W. GREINER, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC
VICE* ON BEHALF OF DEFENDANTS STEPHEN W. FILLO, WARBURG
PINCUS LLC, WARBURG PINCUS CAPITAL CORP. AND WARBURG PINCUS & CO.**

I, Stephen W. Greiner, depose and state as follows:

1. I am a member of the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, NY 10019-6099, telephone (212) 728-8224.

2. I was admitted to the Bar of the State of New York in 1969, the United States Supreme Court in 1989, the United States Court of Appeals for the Second Circuit in 1974, the United States Court of Appeals for the Third Circuit in 1988, the United States Courts of Appeal for the Ninth and Eleventh Circuits in 1989, the United States District Court for the Eastern District of New York in 1984, the United States District Court for the Southern District of New York in 1970, and the United States District Court for the Western District of New York in 1989.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  Upon the allowance of Attorney Matthew C. Moschella's Motion for my admission *pro hac vice*, I will promptly submit my admission fee in the amount of $50.00 to the Clerk's Office for the United States District Court for the District of Massachusetts.

6.  My firm represents defendants Stephen W. Fillo, Warburg Pincus LLC, Warburg Pincus Capital Corp. and Warburg Pincus & Co., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under penalty of perjury this 6th day of October, 2005.

_____
Stephen W. Greiner

Sworn to before me
this 6th day of October 2005

_____

SONJA S. GILLIO
Notary Public, State of New York
No. 01GI4833170
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires April 30, 2007

00085570.DOC /