UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM D. GLUCK,<br><br>                Plaintiff,<br><br>                v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>                Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**<u>JOINT MOTION FOR ENDORSEMENT OF STIPULATED SCHEDULING ORDER</u>**

The parties jointly request that the Court endorse the proposed Stipulated Scheduling Order Concerning Defendants' Motion to Dismiss attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| WILLIAM D. GLUCK<br>By his attorney, | STEPHEN W. FILLO,<br>WARBURG PINCUS LLC,<br>WARBURG PINCUS CAPITAL CORP.,<br>and WARBURG PINCUS & CO.<br>By their attorneys, |
| /s  Alexander T. Bok | /s  Matthew C. Moschella |
| Alexander T. Bok BBO #549011<br>35 Melrose Street<br>Boston, MA 02116<br>(617) 594-2099 | Robert J. Muldoon, Jr. BBO #359480<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |

00085756.DOC /

## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
WILLIAM D. GLUCK,                         )
                                          )
             Plaintiff,                  )
                                          )
             v.                          )     CIVIL ACTION NO. 05-10659-EFH
                                          )
STEPHEN W. FILLO, WARBURG PINCUS          )
LLC, WARBURG PINCUS CAPITAL CORP,         )
and WARBURG PINCUS & CO.,                 )
                                          )
             Defendants.                 )
                                          )
_____)

**STIPULATED SCHEDULING ORDER
CONCERNING DEFENDANTS' MOTION TO DISMISS**

Upon agreement of the parties, the Court hereby Orders as follows:

1. plaintiff shall file any Opposition to defendants' Motion to Dismiss by December 1, 2005; and

2. defendants shall file any Reply Memorandum by December 15, 2005.

_____
Edward F. Harrington, United States District Judge

DATED: _____

## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM D. GLUCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-10659-EFH |
| ) | |
| STEPHEN W. FILLO, WARBURG PINCUS ) | |
| LLC, WARBURG PINCUS CAPITAL CORP, ) | |
| and WARBURG PINCUS & CO., ) | |
| ) | |
| Defendants. ) | |

**STIPULATED SCHEDULING ORDER**
**CONCERNING DEFENDANTS' MOTION TO DISMISS**

Upon agreement of the parties, the Court hereby Orders as follows:

1. plaintiff shall file any Opposition to defendants' Motion to Dismiss by December 1, 2005; and

2. defendants shall file any Reply Memorandum by December 15, 2005.

_____
Edward F. Harrington, United States District Judge

DATED: _____

00085756.DOC /