UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>            Plaintiff,<br><br>            v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>            Defendants. | CIVIL ACTION NO. 05-10659-EFH |

**JOINT MOTION TO EXTEND THE TIME FOR FILINGS RELATED TO DEFENDANTS' MOTION TO DISMISS AND TO POSTPONE THE SCHEDULING CONFERENCE CURRENTLY SCHEDULED FOR DECEMBER 14, 2005**

The parties respectfully request that the Court extend the time for the Plaintiff to file his opposition or other reply to the Defendants' Motion to Dismiss until Friday, December 15, 2005 and also extend the time for the Defendants to file their reply thereto to Monday, January 9, 2006 . The parties also request that the Scheduling Conference currently set for December 14, 2005 at 11:00 AM be postponed and rescheduled for a date after January 9, 2006. Attached as Exhibit A is a proposed Order. In support, the parties state that they are attempting to resolve and settle the entire matter

00085756.DOC /

and this brief delay will allow the parties to focus on this effort.

| | |
|---|---|
| WILLIAM D. GLUCK<br>By his attorney, | STEPHEN W. FILLO,<br>WARBURG PINCUS LLC,<br>WARBURG PINCUS CAPITAL CORP.,<br>and WARBURG PINCUS & CO.<br>By their attorneys, |
| /s  Alexander T. Bok | /s  Robert J. Muldoon, Jr. |
| Alexander T. Bok BBO #549011<br>35 Melrose Street<br>Boston, MA 02116<br>(617) 594-2099 | Robert J. Muldoon, Jr. BBO #359480<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |

00085756.DOC /

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM D. GLUCK,<br><br>           Plaintiff,<br><br>           v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>           Defendants. | CIVIL ACTION NO. 05-10659-EFH |

## ORDER CONCERNING BOTH THE TIMING OF OPPOSITION AND REPLY BRIEFS TO THE DEFENDANTS' MOTION TO DISMISS AND THE POSTPONEMENT OF 12/14/05 SCHEDULING CONFERENCE

Upon agreement of the parties, the Court hereby Orders as follows:

1. Plaintiff shall file any Opposition to Defendants' Motion to Dismiss by December 15, 2005;

2. Defendants shall file any Reply Memorandum by January 9, 2006; and

3. the Scheduling Conference is hereby postponed from December 14, 2005 and shall be rescheduled by the Court.

_____
Edward F. Harrington, United States District Judge

DATED: _____

**Error! Unknown document property name.**