UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM D. GLUCK,<br><br>              Plaintiff,<br><br>v.<br><br>STEPHEN W. FILLO, WARBURG PINCUS LLC, WARBURG PINCUS CAPITAL CORP, and WARBURG PINCUS & CO.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-10659-EFH |

## ASSENTED TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

The plaintiff respectfully moves that the Court dismiss the above-captioned case without prejudice. The defendant has assented to the motion.

                                                ASSENTED TO:

| | |
|---|---|
| WILLIAM D. GLUCK<br>By his attorney, | STEPHEN W. FILLO,<br>WARBURG PINCUS LLC,<br>WARBURG PINCUS CAPITAL CORP.,<br>and WARBURG PINCUS & CO.<br>By their attorneys, |
| /s Alexander T. Bok | /s Robert J. Muldoon, Jr. |
| Alexander T. Bok BBO #549011<br>35 Melrose Street<br>Boston, MA 02116<br>(617) 594-2099 | Robert J. Muldoon, Jr. BBO #359480<br>Matthew C. Moschella BBO #653885<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |